UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CLEVELAND HANKERSON,  :  CIVIL NO. **1:CV-00-1836**
      Petitioner  :
      v.  :  (Judge Rambo)
DONALD ROMINE, Warden,  :
        :  (Magistrate Judge Blewitt)
      Respondent  :

**ORDER**

AND NOW, this 31st day of **October, 2000**, petitioner having paid the $5.00 filing fee, **IT IS HEREBY ORDERED** that:

    1. The Clerk of Court is directed forthwith to serve a copy of the petition and memorandum in support (Docs. 1 and 2) together with this Order, by certified mail on the Respondents.

    2. Respondents shall show cause within twenty (20) days of the date of this Order why the petitioner should not be granted habeas corpus relief;

    3. A determination as to whether or not the petitioner shall be produced for a hearing shall be held in abeyance pending the filing of a response; and

4. Petitioner shall, if he so desires, file a reply to the response to the show cause order within ten (10) days of its filing.

THOMAS M. BLEWITT
United States Magistrate Judge

Dated: October 31, 2000

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

October 31, 2000

Re: 1:00-cv-01836    Hankerson v. Romine

True and correct copies of the attached were mailed by the clerk to the following:

Cleveland Hankerson
USP-LEW
U.S. Penitentiary at Lewisburg
83507-0202
P.O. Box 1000
Lewisburg, PA  17837

cc:
Judge                              ( )
Magistrate Judge                   ( )
U.S. Marshal                       ( )
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( )  with N/C attached
                                        U.S. Marshal ( )
Standard Order 93-5                ( )
Order to Show Cause                (✓)  with Petition
                                        to: US Atty ( )
                                        DA of County ( )   Respondents ( )

Bankruptcy Court                   ( )
Other _____      ( )

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:

Postage     $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees   $

Name (Please Print Clearly) (To be completed by mailer)
David Barasch
Street, Apt. No.; or PO Box No.
Hbg PA
City, State, ZIP+ 4

PS Form 3800, July 1999    See Reverse for Instructions

Total Postage & Fees   $

Name (Please Print Clearly) (To be completed by mailer)
Donald Romine
Street, Apt. No.; or PO Box No.
City, State, ZIP+ 4

PS Form 3800, July 1999    See Reverse for Instructions

MARY E. D'ANDREA, Clerk

DATE:  10/31/00                    BY: _____
                                        Deputy Clerk