1:00cv1836
Rambo / MJ Blewitt ✓

(4)
Amo
11/6/00

FILED
SCRANTON

NOV 0 6 2000

PER _____ Amo
DEPUTY CLERK

+

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  E Lockcott    B. Date of Delivery  11-3-00 |
| | C. Signature  X _____  ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Donald Romine<br>USP Lewisburg<br>PO Box 1000<br>Lewisburg PA 17837<br>1:00 CV 1836 (Doc 3) | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Copy from service label)<br>7099 3220 0604 3315 8008 | |

PS Form 3811, July 1999     Domestic Return Receipt     102595-99-M-1789