1:00CV1836

(5)
KGW

J. RAMBO
MJ. Blewitt

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery<br><br>C. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>FILED SCRANTON NOV 07 2000<br>_____ R.M.P.<br>DEPUTY CLERK |
| 1. Article Addressed to:<br>David Barasch, Esq<br>US Attorney<br>228 Walnut St.<br>Harrisburg PA 17108<br>1:00 CV 1836  Doc 3 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label)<br>7099 3220 0004 3315 7933 | |
| PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789 | |