ORIGINAL

FILED
HARRISBURG
NOV 20 2000
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CLEVELAND HANKERSON          :
                             :
        vs.                  :     CIVIL NO. 1:CV-00-1836,USDC
                             :     CRIMINAL NO. 5:91-CR-10-MDGA
DONALD ROMINE, Warden        :
                             :
═══════════════════════════════

EXHIBITS TO GOVERNMENT'S BRIEF IN RESPONSE TO
PETITIONER'S MOTION PURSUANT TO 28 U.S.C. § 2241

DAVID M. BARASCH
UNITED STATES ATTORNEY

MICHAEL T. SOLIS
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO. 666480
433 Cherry Street
Macon, GA   31202
DULCE DONOVAN
ASSISTANT UNITED STATES ATTORNEY
Federal Building, Suite 217
228 Walnut Street
Harrisburg, PA 17108

Dated: November 20, 2000

<u>INDEX</u>

Exhibit No.

Criminal Docket . . . . . . . . . . . . . . . . . . . . . . . . . . 1

# EXHIBIT 1

**CRIMINAL DOCKET · U.S. District Court**

| | | | U.S. | | (LAST, FIRST, MIDDLE) | | Case Filed | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| PO , □ | 113G | 5 | 3G06 | VS. | HANKERSON, CLEVELAND a/k/a | Mo. | Day | Yr. | Docket No. | |
| Misd. □ | | | | JUVENILE | "HANK" | 2 | 14 | 91 | 00010 0 |
| Felony ☒ | District | Off | Judge/Magistr. | ALIAS | | | | | |
| | | | | OFFENSE ON INDEX CARD | "crack" & firearm possession | No. of Def's | 4 | CASE NO. | MAC(WDO |

**I. CHARGES**

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | | DISM. NG |
|---|---|---|---|---|
| 21:846 i/c/w | Conspiracy to possess w/intent to distribute | | | |
| 21:841(a)(1) | a SCH II CRTRL SUB, cocaine base (Ct. 1) | 1 | 1 | |
| 21:841(a)(1) | Possession w/intent to distribute a SCH II | | | |
| & 18:2 | CRTRL SUB, cocaine base (Ct. 2) | 1 | 1 | |
| 18:924(c)(1) | Use of firearm during and in relation to a | | | |
| & 18:2 | drug trafficking crime (Ct. 3) | 1 | 1 | |
| 18:922(g)(1) | Possession of firearm previously shipped and | | | |
| | transported in interstate commerce by a | 1 | 1 | |
| | convicted felon (Ct. 5) | | | |

SUPERSEDING COUNTS

**II. KEY DATE**

| INTERVAL ONE | | END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) | | END INTERVAL TWO | |
|---|---|---|---|---|---|
| KEY DATE | KEY DATE | □ Indictment ☒ filed/unsealed | a) ☒ 1st appears on pending charge /R40 | KEY DATE | □ Dismissal □ Pled |
| □ arrest ☒ sum'ns | □ consent to Magr. trial on complaint | KEY DATE | b) □ Receive file R20/21 | | □ guilty ☒ After |
| 6-12-91 | □ custody | 2-14-91 | □ Information | 7-10-91 | c) ☒ Supsdg.□Xind□inf | 12-9-91 | □ Nolo □ After |
| EARLIEST OF | □ appears—on complaint | APPLICABLE | □ Felony-W/waiver | 4=18=91 10-31-91 | d) □ Order New trial e) □ Remand f) □ G/P Withdrawn | APPLICABLE | ☒ Trial (voir dire) be ☒ Jury □ N.J. |

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED | on □ on S.T. | on grounds □ W.P. □WOP |
|---|---|---|---|---|---|---|---|---|---|---|
| | 7-10-91 | | | | 12-11-91 | 4-16-92 | | | | |

**III. MAGISTRATE**

| Search Warrant | Issued | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|
| | Return | | | PRELIMINARY EXAMINATION | Date Scheduled ▶ | □ DISMISSED HELD FOR GJ OR OTHER PRO-CEEDING IN THIS DISTRICT |
| Summons | Issued | | | REMOVAL HEARING | Date Held ▶ | HELD FOR GJ OR OTHER PRO-CEEDING IN DISTRICT BELOW |
| | Served | | | □ WAIVED   □ NOT WAIVED | Tape Number | |
| Arrest Warrant Issued | | | | □ INTERVENING INDICTMENT | | |
| COMPLAINT ▶ | | | | | | |
| Date of Arrest | | OFFENSE (In Complaint) | | | | |

**IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.**

Show last names and suffix numbers of other defendants on same indictment/information:

COLBERT-1; BARKLEY-2; BROWN-3

RULE | 20 | 21 | 40 | In

ATTORNEYS
U.S. Attorney or Asst.

MICHAEL T. SOLIS, Asst.

Defense: 1 ☒ CJA,   2 □ Ret.   3 □ Waived.   4 □ Self.   5 □ Non / Other.   6 □ PD.   7 □ CD

| P.O. Box U | Randall Russell |
|---|---|
| Macon, GA 31202 | Atty at Law |
| 912/752-3511 | ~~Suite 905, Fulton Fed. Bldg.~~ |
| Judge: WDO | ~~544 Mulberry St.~~ |
| Court Reprtr:  FBR | ~~Macon, GA 31201~~ |
| | ~~912/743-8352~~ |
| **Deft.'s Address** | 3370 Vineville Ave., Ste. 102 |
| | Macon, GA 31204 |
| Reg. No. 83507-020 | 912/471-9509 |
| P.O. Box 1000 | |
| Lewisburg, PA 17837-1000 | |

**BAIL ● RELEASE**

PRE-INDICTMENT

| Release Date | |
|---|---|
| □ Bail Denied | □ Fugiti □ Pers. |
| AMOUNT SET | □ PSA |
| $ | Conditions |
| Date Set | □ 10% D □ Surety |
| □ Bail Not Made | □ Collate |
| Date Bond Made | □ 3rd Pr □ Other |

POST-INDICTMENT

| Release Date | |
|---|---|
| ☒ Bail Denied | □ Fugiti □ Pers. |
| AMOUNT SET | □ PSA |
| $ | Conditions |
| Date Set | □ 10% D □ Surety |
| □ Bail Not Made | □ Collate |
| Date Bond Made | □ 3rd Pr □ Other |

| FINE AND RESTITUTION PAYMENTS | | | Docket Entries Begin On Reverse Side | | | E PAYMENTS |
|---|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER | |

1

**MASTER DOCKET**                    PAGE 1

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*    JAMES EDWARD COLBERT; JIMMY BERNARD
BARKLEY; TROY LEE BROWN; and
CLEVELAND HANKERSON

AO 256A ⊕

CR-91-10-MAC(W

Yr. | Docket No. | Def

| DATE | (Document No.) | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|------|------|------|------|
| | | | | (a) | (b) | (c) | (d) |
| **1991** | | | | | | | |
| Feb 14 | 1 | ALL DEFTS | INDICTMENT filed in 3 Counts. | cal |
| Feb 14 | 2 | ALL DEFTS | JUROR INFORMATION QUESTIONNAIRE mailed to all jurors on the panel. | cal |
| Feb 14 | – | COLBERT | WARRANT Issued. | cal |
| Feb 14 | – | BARKLEY | WARRANT Issued. | cal |
| Feb 14 | – | BROWN | WARRANT Issued. | cal |
| Feb 14 | – | HANKERSON | WARRANT Issued. | cal |
| Mar 15 | 3 | GOVT | MOTION for a Detention Hrg. as to Deft. BARKLEY. | cal |
| Mar 18 | 4 | WDO | ORDER Granting Govt.'s Motion for a Detention Hrg. as to Deft. BARKLEY. | cal |
| Mar 18 | 5 | COLBERT | "RULE 40" Magistrate Papers received from the Southern District of Florida-West Palm Beach: (a) Docket Sheet (b) Court Minutes (c) Order on Initial App. (d) Order Appointing Fed. Public Defender (e) Warrant of Removal (f) Pre-Trial Detention Order | cal |
| Mar 18 | 6 | BARKLEY | INITIAL APPEARANCE HRG. held before Mag. Claude W. Hicks, Jr.  Deft. informed of charges against him and of maximum possible penalty. Motion for Pretrial Detention Granted. ARRAIGNMENT - Deft. WAIVED formal reading of indictment and entered a plea of NOT GUILTY in writing.  Standard Pretrial Order to be entered by court.  Minute Sheet filed. | cal |
| Mar 18 | 7 | CWH | ORDER of Detention Pending Trial, as to Deft. BARKLEY. | cal |
| Mar 18 | 8 | CWH | ORDER - Standard Pretrial Order, as to Deft. BARKLEY. | cal |
| Mar 21 | – | COLBERT | RETURN on Warrant, indicating Deft. arrested 2-26-91. | cal |
| Mar 21 | 9 | BARKLEY | MOTION for Discovery Under Rule 16. | cal |

2

Interval | Start Date | Ltr. | Tota

MASTER DOCKET                                    PAGE 2

UNITED STATES DISTRICT COURT          U.S. vs. JAMES EDWARD COLBERT; JIMMY BERNARD
CRIMINAL DOCKET                       BARKLEY; TROY LEE BROWN; and CLEVELAND HANKERSON
AO 256A                                                        CR-91-10-MAC

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|---|------------------------|------|------|------|------|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 1991 | | | | | | |
| Mar 27 | 10 COLBERT | ARRAIGNMENT held before Mag. Claude W. Hicks, Jr.  Deft. waived formal reading of indictment and entered a plea of NOT GUILTY.  Standard Pretrial Order to be entered by court. | cal | | | |
| Mar 27 | 11 CWH | ORDER(CWH) Standard Pretrial Order, as to Deft. COLBERT. | cal | | | |
| Mar 29 | -- BARKLEY | RETURN on Warrant, indicating Deft. arrested 3/14/91. | cal | | | |
| Mar 29 | 12 COLBERT | MOTION for Discovery. | cal | | | |
| Apr 2 | 13 COLBERT | MOTION for Detention Hearing and Memorandum of Law in Support Thereof. | cal | | | |
| Apr 10 | 14 GOVT | MOTION for a Detention Hrg., as to Deft. COLBERT. | cal | | | |
| Apr 10 | 15 CWH | ORDER(CWH) Granting Continuance of Deft. COLBERT's Detention Hrg. | cal | | | |
| Apr 18 | 16 ALL DEFTS | SUPERSEDING INDICTMENT filed in 4 counts. | cal | | | |
| May 1 | 17 GOVT | MOTION for a Detention Hrg., as to Deft. COLBERT. | cal | | | |
| May 1 | 18 COLBERT | PRETRIAL DETENTION HRG. held before Mag. Claude W. Hicks, Jr.  Motion for Pretrial Detention filed in writing by Govt.  Motion Granted. Pretrial Detention Ordered. Minute Sheet filed. | cal | | | |
| May 1 | 19 COLBERT | WITNESS SHEET from Detention Hrg. | cal | | | |
| May 1 | 20 COLBERT | EXHIBIT LIST and attached Govt. exhibits 1-5 from Detention Hrg. | cal | | | |
| May 1 | 21 CWH | ORDER(CWH) of Pretrial Detention, as to Deft. COLBERT. | cal | | | |
| May 7 | 22 BARKLEY | ENTRY of Appearance of Atty. Randy E. Wynn. | cal | | | |

3

MASTER DOCKET                                    PAGE 3

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*   JAMES EDWARD COLBERT: JIMMY BERNARD
                               BARKLEY: TROY LEE BROWN: and
    AO 256A ⊕                  CLEVELAND HANKERSON                    CR-91-10-MAC(WD
                                                                     Yr. | Docket No. |Def

| DATE | | PROCEEDINGS (continued) | | V. EXCLUDABLE DELAY | | | |
|------|--|-------------------------|--|(a)|(b)|(c)|(d)|
| | (Document No.) | | | | | | |
| **1991** | | | | | | | |
| May 30 | 23 | BARKLEY | MOTION Reserving the Right to File Additional Motions. | cal | | | |
| May 30 | 24 | BARKLEY | BRIEF in Support of Motion Reserving the Right to File Additional Motions. | cal | | | |
| May 30 | 25 | BARKLEY | MOTION to Preserve Evidence and Memorandum in Support Thereof. | cal | | | |
| May 30 | 26 | BARKLEY | MOTION Pursuant to Brady vs. Maryland and General Discovery Motion. | cal | | | |
| May 30 | 27 | BARKLEY | BRIEF and Memorandum in Support of Motion for Discovery and Inspection. | cal | | | |
| May 30 | 28 | BARKLEY | MOTION for Early Disclosure of Jencks Act Material. | cal | | | |
| May 30 | 29 | BARKLEY | BRIEF in Support of Motion for Early Disclosure of Jencks Act Material. | cal | | | |
| May 31 | 30 | GOVT | CONSOLIDATED RESPONSE to Deft. BARKLEY'S Pretrial Motions. | cal | | | |
| Jun 5 | 31 | GOVT | MOTION for Continuance of trial. | cal | | | |
| Jun 5 | 32 | WDO | ORDER(WDO) Granting Continuance of trial. | cal | | | |
| Jun 7 | 33 | GOVT | WRIT(HCAP) for production of Deft. HANKERSON at his initial appearance June 19, 1991. | cal | | | |
| Jun 17 | 34 | BARKLEY | MOTION for Bill of Particulars | cal | | | |
| Jun 17 | 35 | BARKLEY | MEMORANDUM in Support of Motion for Bill of Particulars. | cal | | | |
| Jun 17 | 36 | BARKLEY | MOTION for Order Dismissing the Indictment or in the Alternative, for Severance of the Defts. | cal | | | |
| Jun 17 | 37 | BARKLEY | MEMORANDUM in Support of Motion to Dismiss the Indictment or in the Alternative for Severance of Defts. | cal | | | |
| Jun 17 | 38 | BARKLEY | PETITION for Setting of Bond. | cal | | | |
| Jun 17 | 39 | BARKLEY | MOTION for a List of Govt. Witnesses and Memorandum in Support Thereof. | cal | | | |

4

MASTER DOCKET                                    PAGE

U.S. vs. JAMES EDWARD COLBERT, JIMMY BERNARD BARKLEY,
TROY LEE BROWN and CLEVELAND HANKERSON

CR-91-10

| DATE | (Document No.) | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------|------|------|------|------|------|------|
| | | | | (a) | (b) | (c) | (d) |
| **1991** | | | | | | | |
| Jul 1 | 40 | GOVT | RESPONSE to Deft. BARKLEY's Motion for List of Govt. Witnesses. | cal | | | |
| Jul 3 | 41 | GOVT | RESPONSE to Deft. BARKLEY's Petition for Setting Bond. | cal | | | |
| Jul 3 | 42 | GOVT | RESPONSE to Deft. BARKLEY's Motion to Dismiss or in the Alternative Sever the Defts. | cal | | | |
| Jul 3 | 43 | GOVT | RESPONSE to Deft. BARKLEY's Motion for Bill of Particulars. | | cal | | |
| Jul 8 | 44 | HANKERSON | MAGISTRATE Papers from USDC, Southern District of FL. Deft. waived hrg.; wishes to have hrg. in MDGA; Deft. remanded to custody of Marshal w/no bond. | cal | | | |
| Jul 10 | 45 | HANKERSON | INITIAL APPEARANCE HRG. prev. held in S. Dist. of FL.  Deft. appeared before Mag. Claude W. Hicks, Jr.  Motion for Pretrial Detention filed by Govt.  Hrg. cont'd until July 15, 1991. ARRAIGNMENT - Deft. waived formal reading of indictment and entered a plea of NOT GUILTY in writing.  Standard Pretrial Order to be entered by court.  Minute Sheet filed. | cal | | | |
| Jul 10 | 46 | GOVT | NOTICE of Estimated Sentencing Guideline Range, HANKERSON. | cal | | | |
| Jul 10 | 47 | GOVT | MOTION for a Detention Hrg., as to Deft. HANKERSON. | cal | | | |
| Jul 10 | 48 | CWH | ORDER(CWH) of Temporary Detention Pending Hrg. | cal | | | |
| Jul 10 | 49 | CWH | ORDER(CWH) Standard Pretrial Order, as to Deft. HANKERSON. | cal | | | |
| Jul 15 | 50 | HANKERSON | DETENTION HRG. held before Mag. Claude W. Hicks, Jr.  ATF Agent spoke for Govt.  Witness List.  Deft. detained. | cal | | | |
| Jul 15 | 51 | CWH | ORDER(CWH) of Detention Pending Trial, as to Deft. HANKERSON. | cal | | | |
| Jul 18 | 52 | HANKERSON | LETTER for Discovery | cal | | | |
| Aug 1 | 53 | HANKERSON | MOTION for Continuance of trial | cal | | | |

5

MASTER DOCKET                                    PAGE 5

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*    JAMES EDWARD COLBERT, JIMMY BERNARD
                                 BARKLEY, TROY LEE BROWN and CLEVELAND        CR-91-10-MAC(WDO
                                 HANKERSON
AO 256A ⊕                                                                     Yr. | Docket No. | Def.

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------|----|---|---|---|---|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| **1991** | | | | | | |
| Aug 2 | 54 WDO | ORDER(WDO) Granting Continuance of Deft. HANKERSON's trial. | cal | | | |
| Sept 23 | 55 BROWN | RULE 40 PAPERS received from the Southern District of FLA. | cal | | | |
| Oct 9 | 56 BROWN | ARRAIGNMENT held before Mag. Claude W. Hicks, Jr. Deft. WAIVED formal reading of indictment and entered a plea of NOT GUILTY in writing. Standard Pretrial Order to be entered by court. Minute Sheet filed. | cal | | | |
| Oct 9 | 57 BROWN | NOTICE of Estimated Sentencing Guideline Range. | cal | | | |
| Oct 9 | 58 CWH | ORDER(CWH) Standard Pretrial Order, as to Deft. BROWN. | cal | | | |
| Oct 29 | 59 COLBERT | MOTION to Suppress. | cal | | | |
| Oct 30 | -- BROWN | RETURN on Warrant indicating Deft. arrested Sept. 11, 1991. | cal | | | |
| Oct 31 | 60 ALL DEFTS | SECOND SUPERSEDING INDICTMENT filed in 5 Counts. | cal | | | |
| Nov 4 | 61 GOVT | WRIT(HCAT) for production of Rodney Persons, material witness, trial set Nov. 18. | cal | | | |
| Nov 4 | 62 GOVT | WRIT(HCAT) for production of Greg Staten, material witness, trial set Nov. 18. | cal | | | |
| Nov 4 | 63 GOVT | WRIT(HCAT) for production of David Brown, Jr., material witness, trial set Nov. 18. | cal | | | |
| Nov 4 | 64 GOVT | WRIT(HCAT) for production of David Brown, III, material witness, trial set Nov. 18. | cal | | | |
| Nov 4 | 65 GOVT | WRIT(HCAT) for production of Jason Reynolds, material witness, trial set Nov. 18. | cal | | | |
| Nov 4 | 66 GOVT | WRIT(HCAT) for production of Shirley Boston, material witness, trial set Nov. 18. | cal | | | |
| Nov 6 | 67 HANKERSON | ARRAIGNMENT held before Mag. Claude W. Hicks, Jr. Deft. WAIVED formal reading of indictment and entered a plea of NOT GUILTY in writing. Minute Sheet filed. | cal | | | |

6



MASTER DOCKET                    PAGE 6

U.S. vs. JAMES EDWARD COLBERT, JIMMY BERNARD
BARKLEY, TROY LEE BROWN and
CLEVELAND HANKERSON

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET                                              **CR-91-10-MAC(**
AO 256A

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|---------------|-------------------------|:---:|:---:|:---:|:---:|
| | | | (a) | (b) | (c) | (d) |
| **1991** | | | | | | |
| Nov 7 | 68 GOVT | RESPONSE to Deft. COLBERT's Motion to Suppress and Brief in Support Thereof. | cal | | | |
| Nov 14 | 69 COLBERT | TRANSCRIPT (1 Vol.) of Testimony of Witnesses at Detention Hrg. held before Mag. Claude W. Hicks, Jr., in Macon, GA on May 1, 1991. (Frances B. Roquemore, Ct. Reprtr.) | cal | | | |
| Nov 14 | 70 BROWN | VOIR DIRE Questions. | cal | | | |
| Nov 14 | 71 BROWN | REQUEST to Charge. | cal | | | |
| Nov 15 | 72 GOVT | INFORMATION Setting Forth Facts Concerning Previous Convictions of Deft. BROWN. | cal | | | |
| Nov 15 | 73 ALL DEFTS | PRE-TRIAL HRG. held before Judge Wilbur D. Owens, Jr.  Defts. did not change plea.  Minute Sheet filed. | cal | | | |
| Nov 22 | 74 HANKERSON | CONSENT to be Tried Within Thirty Days of Arraignment. | cal | | | |
| Nov 25 | 75 GOVT | WRIT(HCAT) for production of Jason Reynolds as material witness at trial set for Dec. 9, 1991. | cal | | | |
| Nov 25 | 76 GOVT | WRIT(HCAT) for production of David Brown, III as material witness at trial set for Dec. 9, 1991. | cal | | | |
| Nov 25 | 77 GOVT | WRIT(HCAT) for production of Rodney Persons as material witness at trial set for Dec. 9, 1991. | cal | | | |
| Nov 25 | 78 GOVT | WRIT(HCAT) for production of Greg Staten as material witness at trial set for Dec. 9, 1991. | cal | | | |
| Dec 3 | 79 GOVT | VOIR DIRE Questions. | cal | | | |
| Dec 3 | 80 GOVT | WRIT(HCAT) for production of Bruce Spivey as material witness at trial set for Dec. 9, 1991. | cal | | | |
| Dec 3 | 81 COLBERT | MOTION TO SUPPRESS HRG. held before Judge Wilbur D. Owens, Jr., in Macon, GA.  Motion denied.  Minute Sheet filed. | cal | | | |
| Dec 3 | 82 GOVT | EXHIBIT SHEET introduced at Suppression Hrg. and attached 4 exhibits. | cal | | | |

7

**MASTER DOCKET**                                      **PAGE 7**

UNITED STATES DISTRICT COURT     JAMES EDWARD COLBERT, JIMMY BERNARD
CRIMINAL DOCKET    *U. S. vs*    BARKLEY, TROY LEE BROWN and CLEVELAND
                                 HANKERSON

AO 256A ⊕                                                CR-91-10-MAC(WD

|       |       |       |                              | Yr. | Docket No. | Def. |
|-------|-------|-------|------------------------------|-----|-----------|------|
| **DATE** | | **PROCEEDINGS** (continued) | | | | |
| | (Document No.) | | | **V. EXCLUDABLE DELAY** | | |
| | | | | (a) | (b) | (c) (d) |
| _1991_ | | | | | | |
| Dec 5 | 83 | GOVT | REQUEST to Charge. | cal | | |
| Dec 5 | 84 | COLBERT | VOIR DIRE Questions. | cal | | |
| Dec 9 | 85 | WDO | ORDER(WDO) on Custody of Sensitive Exhibits. | cal | | |
| Dec 9 | -- | COLBERT, BARKLEY, BROWN, & HANKERSON | VOIR DIRE and JURY SELECTION. | cal | | |
| Dec 9 | -- | " | JURY TRIAL in Macon, GA before Judge Wilbur D. Owens, Jr. Trial began. | cal | | |
| Dec 10 | -- | " | JURY TRIAL, Day 2. | cal | | |
| Dec 11 | -- | " | JURY TRIAL, Day 3. Motion for Directed Verdict on Ct. 3 as to Colbert. Motion denied. Motion for Directed Verdict on Cts. 1, 2 & 3 as to Barkley. Motion Denied. Motion for Acquittal on Brown. Motion denied. Motion for Acquittal of Hankerson. Motion denied. | | | |
| Dec 11 | 86 | COLBERT | VERDICT of GUILTY as to Cts. 1, 2, 3 & 4. | cal | | |
| Dec 11 | 86 | BARKLEY | VERDICT of GUILTY as to Cts. 1, 2, & 3. | cal | | |
| Dec 11 | 86 | BROWN | VERDICT of GUILTY as to Cts. 1, 2 & 3. | cal | | |
| Dec 11 | 86 | HANKERSON | VERDICT of GUILTY as to Cts. 1, 2, 3 & 5. | cal | | |
| Dec 11 | 87 | COLBERT, BARKLEY, BROWN, & HANKERSON | MINUTE SHEET filed of trial proceedings. | cal | | |
| Dec 11 | 88 | " | GOVT. EXHIBIT LIST (Exhibits located in basement exhibit room) | cal | | |
| Dec 11 | 89 | " | CASSETTE TAPES of Jury Charge as to December 11, 1991. | cal | | |
| _1992_ | | | | | | |
| Feb 14 | 90 | ALL DEFTS. | TRANSCRIPT(1 Vol.) of Testimony of Witness Lashawn P. Reeves at Jury Trial held in Macon, GA before Judge Wilbur D. Owens, Jr. (Frances B. Roquemore, Ct. Reprtr.) | cal | | |

8

MASTER DOCKET                    PAGE 8

UNITED STATES DISTRICT COURT   U.S. vs. JAMES EDWARD COLBERT, JIMMY BERNARD
CRIMINAL DOCKET                BARKLEY, TROY LEE BROWN and CLEVELAND
AO 256A                        HANKERSON                              CR-91-10-MAC(

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|---------|-----|-----|-----|-----|
| | (Document No.) | (a) | (b) | (c) | (d) |
| **1992** | | | | | |
| Apr 16 | 91  BARKLEY    SENTENCE:  IMPRISONMENT:  LIFE w/o parole on Ct. 1; LIFE w/o parole on Ct. 2, to run concurrently.  60 MONTHS on Ct. 3 to run consecutively for a total sentence of LIFE plus 60 months.  Supervised Release: 20 years.  Special Condition of Supervised Release:  (1)  Deft. shall participate in a program approved by the U.S. Probation Office of urinalysis testing and, if necessary, treatment for alcohol or drug dependency as directed by the U.S. Probation Office.  Mandatory Assessment Fee: $150.  Court waives fine, as well as any alternative sanctions.  Also waives additional fine requiring Deft. to pay cost of imprisonment and/or supervision fee. | | cal | | |
| Apr 24 | 91  BARKLEY    JUDGMENT filed. | | cal | | |
| Apr 16 | 92  HANKERSON  SENTENCE:  IMPRISONMENT:  LIFE w/o parole on Ct. 1; LIFE w/o parole on Ct. 2; 10 YEARS on Ct. 5 to run concurrently with LIFE sentences imposed on Cts. 1 & 2.  5 YEARS, Ct. 3 to run consecutively to all other sentences imposed, for a total sentence of LIFE plus 5 yrs.  Supervised Release: 10 years.  Special Condition of Supervised Release:  (1)  Deft. shall participate in a program approved by the U.S. Probation Office of urinalysis testing and, if necessary, treatment for alcohol or drug dependency as directed by the U.S. Probation Office.  Mandatory Assessment Fee: $200.  Court waives additional fine, as well as any alternative sanctions.  Also waives additional fine requiring Deft. to pay cost of imprisonment and/or supervision fee. | | cal | | |
| Apr 24 | 92  HANKERSON  JUDGMENT filed. | | cal | | |

9

MASTER DOCKET

PAGE 9

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

JAMES EDWARD COLBERT, JIMMY BERNARD
BARKLEY, TROY LEE BROWN and CLEVELAND
HANKERSON

CR-91-10-MAC(WDO

AO 256A ⊕

| | | Yr. | Docket No. | Def. |

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | |
|------|---|---|---|---|---|
| | | | (a) | (b) | (c) (d) |
| **1992** | | | | | |
| Apr 24 | 93 HANKERSON | NOTICE of Appeal from final judgment and conviction. | cal | | |
| Apr 27 | 94 BARKLEY | NOTICE of Appeal from final judgment and conviction. | cal | | |
| Apr 16 | 95 BROWN | SENTENCE:  IMPRISONMENT: LIFE w/o parole on Ct. 1; LIFE w/o parole on Ct. 2, 5 YEARS on Ct. 3 to run consecutively with LIFE sentences imposed on Cts. 1 & 2, for a total sentence of LIFE plus 5 YEARS. Supervised Release: 20 years. Special Condition of Supervised Release:  (1) Deft. shall participate in a program approved by the U.S. Probation Office of urinalysis testing and, if necessary, treatment for alcohol or drug dependency as directed by the U.S. Probation Office. Mandatory Assessment Fee: $150.00. Court waives fine, as well as any alternative sanctions. Also waives additional fine requiring Deft. to pay cost of imprisonment and/or super-vision fee. | cal | | |
| Apr 24 | 95 BROWN | JUDGMENT filed. | cal | | |
| Apr 27 | -- HANKERSON | CERTIFIED notice of appeal, docket entries, judgment, sent  to CCA-11. | cal | | |
| Apr 27 | -- BARKLEY | CERTIFIED notice of appeal, docket entries, judgment, sent to CCA-11. | cal | | |
| Apr 27 | 96 BROWN | NOTICE of Appeal from final judgment and conviction. | cal | | |
| Apr 28 | -- | CERTIFIED Notice of appeal, docket entries, judgment, sent to CCA-11. | cal | | |
| Apr 28 | 97 BARKLEY | AFFIDAVIT in Support of Motion to Proceed on Appeal IFP. | cal | | |
| Apr 30 | 98 WDO | ORDER(WDO) that Deft. BARKLEY's Motion to Proceed on Appeal IFP is GRANTED. | cal | | |
| May 1 | -- BARKLEY | **PRESENTENCE REPORT - Sealed** | cal | | |
| May 1 | -- BROWN | **PRESENTENCE REPORT - Sealed** | cal | | |
| May 4 | -- HANKERSON | **PRESENTENCE REPORT - Sealed** | cal | | |

10

MASTER DOCKET                                    PAGE 10

U.S. vs. JAMES EDWARD COLBERT, JIMMY BERNARD
UNITED STATES DISTRICT COURT    BARKLEY, TROY LEE BROWN and CLEVELAND
CRIMINAL DOCKET                 HANKERSON                                   CR-91-10-MAC(WI

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|-------------------------|-----|-----|-----|-----|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| **1992** | | | | | | |
| Jun 3 | 99 ALL DEFTS | TRANSCRIPT (3 Vol.) of Jury Trial held in Macon, GA, Dec. 9-11, 1991 before Judge Wilbur D. Owens, Jr. (Frances B. Roquemore, Ct. Reprtr.) | cal | | | |
| Jun 8 | 100 ALL DEFTS | TRANSCRIPT (1 Vol.) of Pretrial Hearing held in Macon, GA on Nov. 15, 1991 before Judge Wilbur D. Owens, Jr. (Frances Roquemore, Ct. Reprtr.) | cal | | | |
| Jun 8 | 101 ALL DEFTS | TRANSCRIPT (1 Vol.) of Motion to Suppress Hrg. held in Macon, GA on December 3, 1991 before Judge Wilbur D. Owens, Jr. (Frances Roquemore, Ct. Reprtr.) | cal | | | |
| Jun 29 | -- BARKLEY, BROWN, & HANKERSON (Ref. 92-8396) | CERTIFICATE of Readiness of Record on Appeal forwarded to CCA-11. | cal | | | |
| Oct 16 | -- HANKERSON | RETURN on J & C - Deft. delivered to USP, Lompoc, CA 6/18/92 | cal | | | |
| Oct 16 | -- BARKLEY | RETURN on J & C - Deft. delivered to USP, Lompoc, CA 6/11/92 | cal | | | |
| Oct 16 | -- BROWN | RETURN on J & C - Deft. delivered to USP, Atlanta, GA on 5/14/92 | cal | | | |
| Sep 23 | -- CCA-11 | ORDER that Deft. BROWN's Motion for Appt. of counsel is granted. | cal | | | |
| Nov 16 | 102 GOVT | Motion under 5K, filed on behalf of Deft. COLBERT. | cal | | | |
| **1993** | | | | | | |
| Feb 5 | 103 COLBERT | SENTENCING Memorandum. | cal | | | |
| Feb 11 | -- COLBERT | SENTENCING Held. | cal | | | |
| Feb 11 | -- COLBERT | SENTENCE:  IMPRISONMENT 151 Months, Ct. 1, 120 Months, Ct. 2, 120 Months, Ct. 4 to run concurrently and 60 months on Ct. 3 to run consecutively to sentence imposed on Cts. 1,2 and 4 for a total of 211 Months; followed by 10 yrs. supvr. release. Mandatory assessment fee of $200.00.  Court waives fine, as well as alternative sanctions. Also waives additional fine requiring Deft. to pay cost of imprisonment and/or supervision fee. | cal | | | |
| Feb 23 | 104 COLBERT | JUDGMENT filed. | cal | | | |

11

MASTER DOCKET                        PAGE 11

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*   JAMES EDWARD COLBERT, JIMMY BERNARD
BARKLEY, TROY LEE BROWN and CLEVELAND
HANKERSON                             CR-91-10-MAC(WD

AO 256A ⊕

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Yr. | Docket No. | Def. | |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| **1993** | | | | | | |
| Jun 28 | -- HANKERSON BARKLEY BROWN | CERTIFIED RECORD ON APPEAL forwarded to CCA-11 consisting of 1 Vol. of pleadings, 5 Vol. of transcripts, and 2 Vol. of exhibits. | cal | | | |
| **1994** | | | | | | |
| Mar 4 | 105 CCA-11 (92-8396) | MANDATE Affirming District Court Decision as to Defts. HANKERSON & BROWN only. | cal | | | |
| Mar 4 | -- WDO | ORDER(WDO) that this judgment, issued as mandate, is made the judgment and order of the District Court. | cal | | | |
| May 3 | 106 CCA-11 | MANDATE Affirming District Court Decision as to Deft. BARKLEY only. | cal | | | |
| May 3 | --- WDO (92-8396) | ORDER(WDO) that this judgment, issued as mandate, is made the judgment and order of the District Court. | cal | | | |
| May 31 | --- CCA-11 | Letter from CCA-11 that Supreme Ct. has denied certiorari, as to Deft. HANKERSON. | cal | | | |
| Oct 31 | --- CCA-11 | Letter from CCA-11 that Supreme Ct. has denied certiorari as to Deft. BROWN. | cal | | | |
| **1995** | | | | | | |
| Jan 19 | 107 BROWN HANKERSON | TRANSCRIPT (1 Vol.) of Sentencing Hrg. held before Judge Wilbur D. Owens, Jr., in Macon, GA on April 16, 1992 (Frances Roquemore, Ct. Reporter) | cal | | | |
| **1996** | | | | | | |
| Jul 5 | 108 BROWN | §2255 MOTION to Vacate (5:96-cv-277-4-WDO) | cal | | | |
| Jul 26 | 109 BARKLEY | TRANSCRIPT (1 Vol.) of Sentencing Hrg. held before Judge Owens in Macon, GA on Apr. 16, 1992 (Frances Roquemore, Ct. Reporter) | cal | | | |
| Jul 31 | 110 WDO | ORDER that U.S. Attorney within 60 days file a response to Deft. BROWN's §2255 Motion to Vacate (5:96-cv-277-4-WDO) | | | | |

12

MASTER DOCKET                              PAGE 12

UNITED STATES DISTRICT COURT    U.S. vs. JAMES EDWARD COLBERT, JIMMY BERNARD
CRIMINAL DOCKET                 BARKLEY, TROY LEE BROWN and CLEVELAND HANKERSON

AO 256A
                                                                          CR-91-10-M

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|-------------------------|------|------|------|------|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| **1996** | | | | | | |
| Aug 6 | 111  ALL DEFTS | TRANSCRIPT (1 Vol.) of Voir Dire Examination of Jurors at Jury Trial held Dec. 9, 1991 before Judge Owens in Macon, GA (Frances Roquemore, Ct. Reporter) | cal | | | |
| Nov 12 | 112  BROWN | MOTION for Summary Judgment and MOTION for an Evidentiary Hrg. | cal | | | |
| Dec 6 | 113  GOVT | RESPONSE to Deft. BROWN's §2255 Motion to Vacate (5:96-cv-277-4-WDO) | cal | | | |
| **1997** | | | | | | |
| Jan 3 | 114  BROWN | BRIEF in Opposition to (Tab #113) Response to Deft.'s §2255 Motion to Vacate (Tab #108) | cal | | | |
| Jan 8 | 115  WDO | ORDER Denying Deft. BROWN's §2255 Motion to Vacate (5:96-cv-277-4-WDO) | cal | | | |
| Jan 9 | 116  BROWN | JUDGMENT filed | cal | | | |
| Jan 14 | 117  BROWN | NOTICE Of Appeal from Order of the Court Denying Deft.'s §2255 Motion to Vacate (5:96-cv-277-4-WDO) | cal | | | |
| Jan 15 | --  BROWN | CERTIFIED Copy of Notice of Appeal, DOcket Entries, J & C and Order of the Court forwarded to CCA-11 | cal | | | |
| Jan 23 | 118  BROWN | IFP Affidavit to Proceed on Appeal | cal | | | |
| Jan 24 | 119  WDO | ORDER Denying Deft. BROWN's IFP Affidavit to Proceed on Appeal (#117, 5:96-cv-277-4-WDO) | cal | | | |
| Apr 28 | 120  HANKERSON | §2255 MOTION to Vacate (5:97-cv-169-1-WDO) | cal | | | |
| May 12 | 121  WDO | ORDER that U.S. Atty. within 60 days respond to Deft. HANKERSON's §2255 Motion to Vacate | cal | | | |
| Jun 11 | 122  WDO | ORDER Denying Deft. BROWN's Certificate of Appealability | cal | | | |
| Jun 17 | 123  BROWN | NOTICE of Appeal from (Tab #122) Order of Court Denying Deft.'s Certificate of Appealability | cal | | | |
| Jun 19 | --  BROWN | CERTIFIED Copy of Notice of Appeal forwarded to CCA-11 | cal | | | |

97-8

13

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

**MASTER DOCKET**

*U. S. vs* JA~~~ ; EDWARD COLBERT, JIMMY BERNARD
BARKLEY, TROY LEE BROWN and CLEVELAND
HANKERSON

**PAGE 13**

CR-91-10-MAC(W
Yr. | Docket No. | D

| DATE | | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELA |
|------|------|------|------|------|
| | | | | (a) | (b) | (c) |
| **1997** | | | | | | |
| Jul 3 | 124 | GOVT | RESPONSE to Deft. HANKERSON's (Tab #120) §2255 Motion to Vacate - 5:97-cv-169-1-WDO | cal | | |
| Jul 8 | 125 | WDO | ORDER Denying Deft. HANKERSON's (Tab #120) §2255 Motion to Vacate | cal | | |
| Jul 8 | 126 | HANKERSON | JUDGMENT filed | cal | | |
| Jul 9 | -- | BROWN | ORIGINAL PAPERS forwarded to | | | |
| (returned 9/17/97) | | | CCA-11 per your request | cal | | |
| Jul 28 | 127 | HANKERSON | MOTION to Make Additional Findings of Facts and to Alter or Amend Judgment and to Conduct an Evidentiary Hearing Pursuant to Rule 52(b) and 59(e) of the Federal Rules of Civil Procedure | cal | | |
| Aug 5 | 128 | WDO | ORDER Denying Deft. HANKERSON's (Tab #127) Motion | cal | | |
| Aug 22 | 129 | HANKERSON | NOTICE of Appeal from Order of the Court Denying Deft.'s §2255 Motion to Vacate (Tab #125) | cal | | |
| | **97-8936** | | | | | |
| Aug 22 | 130 | HANKERSON | APPLICATION for Certificate of Appealability | cal | | |
| * Sep 2 | 131 | WDO | ORDER Denying Deft. HANKERSON's (Tab #130) Application for Certificate of Appealability | cal | | |
| *Aug 26 | -- | HANKERSON | CERTIFIED Copy of Notice of Appeal, Docket Entries forwarded to CCA-11 re: Tab #129 from Order of the Court Denying Deft.'s §2255 Motion to Vacate | cal | | |
| Sep 19 | 132 | CCA-11 | ORDER(CCA-11) that Appellant BROWN's Notice of Appeal, and his request for leave to proceed IFP are GRANTED with respect to the following issue only: Whether Brown should have been convicted under 18 U.S.C. §924(c) where the conviction was based solely on the actions of co-conspirators. | cal | | |
| Sep 19 | -- | BROWN | CERTIFICATE of READINESS of Record on Appeal forwarded to CCA-11 RE: 97-8051 | cal | | |
| Nov 20 | 133 | BROWN | §2255 MOTION to Vacate (5:97-cv-694-4-WDO) | cal | | |
| Dec 1 | 134 | WDO | ORDER Dismissing Deft. BROWN's §2255 Motion to Vacate (5:97-cv-694-4-WDO) | cal | | |
| Dec 2 | 135 | BROWN | JUDGMENT filed | cal | | |

14

UNITED STATES DISTRICT COURT     **MASTER DOCKET**          **PAGE 14**
CRIMINAL DOCKET

U.S. vs. JAMES EDWARD COLBERT, JIMMY BERNARD BARKLEY, **CR-91-10-**
TROY LEE BROWN and CLEVELAND HANKERSON

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|---|-------------------------|------|------|-----|-----|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| **1997** | | | | | | |
| Dec 15 | 136 HANKERSON | MOTION to Proceed on Appeal IFP (RE: 97-8936) | cal | | | |
| Dec 16 | 137 WDO | ORDER Denying Deft. HANKERSON's (Tab #136) Motion to Proceed on Appeal IFP (RE: 97-8936) | cal | | | |
| **1998** | | | | | | |
| Jan 20 | -- BROWN | RECORD On Appeal forwarded to CCA-11 consisting of 1 Vol. of Pleadings; 1 Vol. of Exhibits; 2 Brown-Tie folders and (1) PSI | cal | | | |
| Jan 26 | 138 CCA-11 | ORDER(CCA-11) - Entry of Dismissal for failure of Deft. CLEVELAND HANKERSON to pay $105.00 filing fee.  RE: 97-8936 | | | | |
| Jan 26 | -- WDO | This entry of dismissal, issued as mandate, is made the judgment and order of the U.S. District Court. | cal | | | |
| Feb 13 | -- HANKERSON | Appeal Fee paid - $100.00, receipt #22681 - RE: 97-8936 | cal | | | |
| Jun 29 | 139 BARKLEY | §2255 Motion to Vacate (5:98-cv-209-3-WDO) | cal | | | |
| Jun 29 | 140 BARKLEY | MOTION to File §2255 Motion Under Seal | cal | | | |
| Jul 15 | 141 WDO | ORDER that AUSA shall file an answer to Deft. BARKLEY's §2255 Motion to Vacate within 90 days from and after this date. | cal | | | |
| Sept 9 | 142 BARKLEY | AMENDMENT to Deft.'s (Tab #139) §2255 Motion to Vacate | cal | | | |
| Sep 21 | 143 GOVT | MOTION to Dismiss §2255 Motion to Vacate | cal | | | |
| Oct 5 | 144 BARKLEY | MOTION for Extension of Time to Respond to Govt.'s Response to Deft.'s Motion to Vacate | cal | | | |
| Oct 13 | 145 BARKLEY | RESPONSE to Govt.'s Response to Deft.'s 2255 Motion to Vacate | cal | | | |
| Oct 13 | 146 WDO | ORDER granting Deft. BARKLEY's (Tab #144) Motion for Extension of Time to Respond to Govt.'s Response to Deft.'s Motion to Vacate through and including 5:00 p.m. November 16, 1998 to file said response | cal cal | | | |

UNITED STATES DISTRICT COURT          **MASTER DOCKET**           **PAGE 15**
CRIMINAL DOCKET    *U.S. vs*  JAMES EDWARD COLBERT, JIMMY BERNARD BARKLEY,
                    TROY LEE BROWN and CLEVELAND HANKERSON             CR-91-10-MAC(WD

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELA |
|---|---|---|---|
| | (Document No.) | | (a) (b) (c) (c |
| **1998** | | | |
| Nov 18 | 147  WDO | ORDER that that Govt.'s Motion to Dismiss Deft. BARKLEY's (Tab #143) 2255 Motion to Vacate is hereby denied and that the Govt. is Ordered to respond to Deft.'s Motion to Vacate (Tab #139) and Defendant's Amendment to Motion to Vacate (Tab #142) within 30 days. | cal |
| Nov 30 | --  HANKERSON | ORIGINAL PAPERS forwarded to CCA-11 (RE: 97-8936)   returned 4/20/99 | cal |
| Dec 15 | 148  GOVT | RESPONSE to Deft. BARKLEY's (Tab #139) 2255 Motion to Vacate, Set Aside, or Correct Sentence | cal |
| Dec 28 | 149  BARKLEY | MOTION for Extension of Time to Respond to Govt.'s (Tab #148) Motion in Opposition to Deft.'s 2255 Motion to Vacate | cal |
| **1999** | | | |
| Jan 7 | 150  WDO | ORDER that Deft. BARKLEY's Request for Extension of Time is granted. | cal |
| Jan 25 | 151  BARKLEY | RESPONSE in Opposition to Govt.'s Response to Deft.'s §2255 Motion to Vacate | cal |
| Mar 17 | 152  CCA-11 | MANDATE Affirming District Court Decision  - Deft. TROY BROWN | |
| Mar 18 | ---  WDO | ORDER - This judgment, issued as mandate, is made the judgment and order of the District Court. | cal |
| Apr 20 | 153  CCA-11 | ORDER that Deft. HANKERSON's Motion to reinstate his appeal is denied. Appellant's notice of appeal construed as motion for a certificate of appealability is denied as moot. | cal |
| Jun 15 | 154  WDO | ORDER Denying Deft. BARKLEY's (Tab #139) §2255 Motion to Vacate and Denying Deft.'s request for an Evidentiary Hrg. | cal |
| Jun 16 | 155  BARKLEY | JUDGMENT - §2255 Motion to Vacate | cal |
| Jul 6 | 156  BARKLEY | NOTICE of Appeal from Order of Court Denying Deft.'s (Tab #154) 2255 Motion to Vacate  **(99-12258E)** | cal |
| Jul 6 | 157  BARKLEY | MOTION for Certificate of Appealability | cal |
| Jul 15 | 158  WDO | ORDER Denying (Tab #157) Motion for Cert of Appealability - Deft. | |

16

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

U.S. vs. JAMES EDWARD COLBERT, JIMMY BERNARD BARKLEY,
TROY LEE BROWN and CLEVELAND HANKERSON

CR-91-10-MAC(W

PAGE 16

| DATE | (Document No.) | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|---|
| | | | | (a) | (b) | (c) | (d) |
| **1999** | | | | | | | |
| May 28 | 159 | SUPREME CT. | ORDER Denying Writ of Certiorari - Deft. BROWN | cal | | | |
| Jul 26 | 160 | HANKERSON | §2255 MOTION to Vacate (5:99-cv-280-3-WDO) | cal cal | | | |
| Aug 5 | 161 | WDO | ORDER Dismissing w/o Prejudice Deft. HANKERSON'S 2255 Motion (5:99-cv-280-3-WDO) | np | | | |
| Aug 5 | 162 | HANKERSON | 2255 JUDGMENT (5:99-cv-280-3-WDO) | np | | | |
| Aug 6 | - | BARKLEY | $105.00 FILING FEE paid re: 2255 Appeal (Tab #156) | np | | | |
| Aug 24 | 163 | HANKERSON 99-13194-E | NOTICE of Appeal from Order of Court (Tab #161) Dismissing Deft.'s §2255 Motion to Vacate | cal | | | |
| Aug 30 | -- | HANKERSON | CERTIFIED Copy of Notice of Appeal, docket entries, J & C forwarded to CCA-11 | cal | | | |
| Aug 30 | -- | BARKLEY returned 11/4/99 | ORIGINAL PAPERS forwarded to CCA-11 per their request | cal | | | |
| Aug 23 | 164 | BARKLEY | APPEAL Information form filed. All necessary transcripts on file | cal | | | |
| Sept 98 | --- | HANKERSON 99-13194-E | APPEAL FEE Paid $105.00, Receipt #31235 | cal | | | |
| Oct 18 | 165 | HANDKERSON | APPLICATION for Certificate of Appealability | cal | | | |
| Nov 4 | 166 | CCA-11 | ORDER Denying Deft. BARKLEY's Motion for a Certificate of Appealability. | cal | | | |
| Nov 8 | -- | WDO | ORDER - This order, issued in lieu of the mandate, is made the judgment and order of the U.S. District Court | cal | | | |
| Nov 29 | 167 | WDO | ORDER Denying Deft. HANKERSON's Request for an Application for a Certificate of Appealability (Tab #165) (5:99-cv-280-3-WDO0 | cal | | | |
| Dec 22 | -- | HANKERSON | ORIGINAL PAPERS forwarded to CCA-11 per their request (returned 3/16/00) | cal cal | | | |
| **2000** | | | | | | | |
| Mar 15 | 168 | CCA-11 | ORDER - Appellant HANKERSON's Notice of Appeal (No. 99-13194-E) construes as a request for a Certificate of Appealability is hereby DENIED | cal | | | |
| Mar 17 | 168 | DF | This order, issued in lieu of the mandate, is made the judgment and | | | | |

17

PAGE 17

| UNITED STATES DISTRICT COURT<br>CRIMINAL DOCKET _U. S. vs_ | JAᴹ EDWARD COLBERT, JIMMY BERNARD BARKLEY,<br>TROY LEE BROWN and CLEVELAND HANKERSON | CR-91-10-MAC(WDO) |
|---|---|---|

| | | Yr. | Docket No. | Def. |
|---|---|---|---|---|

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |

**2000**

| Aug 30 | 169  CCA-11 | ORDER that Deft. HANKERSON's application to file a second or successive motion to vacate is hereby DENIED. | cal |

18

## CERTIFICATE OF SERVICE

I, SHELLEY L. GRANT, do hereby certify that a true and exact copy of the foregoing Exhibits to Government's Response to Petitioner's Motion to Vacate, Set Aside, or Correct Sentence has been served upon the defendant, CLEVELAND HANKERSON, Reg# 83507-020, USP-Lewisburg, Post Office Box 1000, Lewisburg, PA, 17837-1000, by first-class, United States mail on this 20th day of November, 2000.

By:    SHELLEY L. GRANT
       Paralegal Specialist