Cleveland Hankerson
Reg. No. 83507-020
P.O. Box 1000
Lewisburg, Pa. 17837

FILED
SCRANTON

MAR 14 2001

PER _____
       DEPUTY CLERK

Office of the Clerk
United States District Court
Middle District of Pennsylvania
235 N. Washington Avenue
P.O. Box 1148
Scranton, Pa. 18501

March 5, 2001

Re: <u>Cleveland Hankerson v. Donald Romine</u>, Cv. No.: 1:CV-00-1836

Dear Clerk:

I respectfully request that you notify the Court and all Parties involved, in the above caption case, that Petitioner's **Address has been changed from:** U.S.P. Lewisburg, P.O. Box 1000, Lewisburg, PA. 17837. **To:** Cleveland Hankerson #83507-020
U.S.P. Atlanta
P.O. Box PMB
Atlanta, Ga. 30315

I would appreciate if you would send me a confirmation that all parties have been notified of the change of Address.

I thank you for your time and consideration concerning this matter.

Sincerely,

Cleveland Hankerson

cc. File
    A.U.S.A