May 07 01 12:34p                                                                                      p.2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLEVELAND HANKERSON, | § | |
| Petitioner, | § | Civ. No. 1:CV-00-1836-USDC |
| | § | Crim. No. 5:91-CR-10-MDGA |
| v. | § | |
| | § | |
| DONALD ROMINE, | § | |
| Respondent. | / | |

FILED
HARRISBURG, PA

MAY 0 8 2001

MARY E. D'ANDREA, CLERK
Per _____
          Deputy Clerk

### MOTION FOR ENLARGEMENT OF TIME

COMES NOW, Cleveland Hankerson, (hereinafter "Petitioner") pro-se, respectfully requesting this Honorable Court for a ten (10) day Enlargement of time, starting from April 30, 2001, the date in which Petitioner receive the Magistrate Judge Report and Recommendation. He states the following in support:

On April 16, 2001, the Magistrate issued his Report and Recommendation. Recommending that Petitioner's § 2241 habeas Corpus petition be dismissed. The Report and Recommendation was forwarded to Petitioner on the 17, of April, 2001. However, Petitoner did not receive the R&R until Monday, April 30, 2001. Therefore, he now makes this request for a ten day enlargement of time to file his objection to the Report and Recommendation.

This Honorable Court must take notice that, upon receiving the R&R, Petitioner immediately made contact with the clerk of this court, (Peter Welch) and advised him that he received the R&R on April 30, 2001 and will need additional time to file his objections.

Through the assistances of unit team counselor here at USP-Atlanta. This Motion for Enlargement of Time is being Faxed to this Honorable Court.

### CONCLUSION

**WHEREFORE,** the reasons stated above, Petitioner prays that this Honorable Court grant his request for Enlargement of time to file objections to the Magistrate R&R.

Respectfully Submitted

Cleveland Hankerson
Reg# 83507-020

2

## CERTIFICATE OF SERVICE

I Cleveland Hankerson, do hereby certify that a true and exact copy of the foregoing Motion for Enlargement of time has been served upon the Respondent attorneys, whos names are listed below, by placing a copy of same in the legal mailbox here at USP-Atlanta, with the correct postage affixed to it, on this __2nd__, day of May, 2001.

Michael T. Solis
A.U.S.A.
Georgia States Bar No 666480
433 Cherry St.
Macon, GA. 31202

Dulce Donovan
A.U.S.A.
Federal Bldg., Suite 217
228 Walnut St.
Harrisburg, PA. 17108

*Cleveland Hankerson*
Cleveland Hankerson
Reg# 83507-020
U.S. Penitentiary
601 McDonough Blvd. S.E.
Atlanta, GA. 30315

3