

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLEVELAND HANKERSON,** | : | **CIVIL NO. 1:CV-00-1836** |
| **Petitioner** | : | **(Judge Rambo)** |
| **v.** | : | **(Magistrate Judge Blewitt)** |
| **DONALD ROMINE,** | : | |
| **Respondent** | : | |

# O R D E R

Before the court in the captioned case is Petitioner's motion for an extension of time to file objections to the April 16, 2001, report of the magistrate judge.  Upon consideration thereof, **IT IS HEREBY ORDERED THAT** the motion is granted and Petitioner shall have until May 17, 2001 in which to file objections.

SYLVIA H. RAMBO
United States District Judge

Dated: May 8 , 2001.

FILED
HARRISBURG, PA

MAY 08 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 8, 2001

Re:  1:00-cv-01836   Hankerson v. Romine

True and correct copies of the attached were mailed by the clerk
to the following:

    Cleveland Hankerson
    USP-ATLANTA
    83507-020
    Box PMB
    Atlanta, GA  30315

    Dulce Donovan, Esq.
    U.S. Attorney's Office
    228 Walnut Street
    P.O. Box 11754
    Harrisburg, PA  17108

cc:
Judge                    (X )          ( ) Pro Se Law Clerk
Magistrate Judge         ( )           ( ) INS
U.S. Marshal             ( )           ( ) Jury Clerk
Probation                ( )
U.S. Attorney            ( )
Atty. for Deft.          ( )
Defendant                ( )
Warden                   ( )
Bureau of Prisons        ( )
Ct Reporter              ( )
Ctroom Deputy            ( )
Orig-Security            ( )
Federal Public Defender  ( )
Summons Issued           ( ) with N/C attached to complt. and served by:
                              U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5      ( )
Order to Show Cause      ( ) with Petition attached & mailed certified mail
                              to:  US Atty Gen  ( )  PA Atty Gen ( )
                                   DA of County ( )  Respondents ( )
Bankruptcy Court         ( )
Other_____   ( )

                              MARY E. D'ANDREA, Clerk

DATE: May 8th, 2001

BY: _____
Deputy Clerk