15

6/25/01

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CLEVELAND HANKERSON,                          :      CIVIL NO. 1:CV-00-1836

　　　　　Petitioner                                  :      (Judge Rambo)

　　　v.                                                  :      (Magistrate Judge Blewitt)

DONALD ROMINE,                                    :

　　　　　Respondent                               :

FILED
HARRISBURG, PA

JUN 2 2 2001

**O R D E R**

MARY E. D'ANDREA, CLERK
PER _____
/DEPUTY CLERK

　　　　　Before the court in the captioned case is a report of the
magistrate judge in which he recommends that the instant petition for writ of
habeas corpus filed pursuant to 28 U.S.C. § 2241 be dismissed. Petitioner
has filed objections to the report to which the government has responded.

　　　　　The essence of the petition is the argument that the rule
announced in Apprendi v. New Jersey, 530 U.S. 466 (2000), should be
applied retroactively to his case. Several courts have held that Apprendi is
not retroactively applicable on collateral attack. United States v. Sanders
247 F.3d 139 (4th Cir. 2001); Jones v. Smith, 231 F.3d 1227 (9th Cir. 2000);
Levan v. United States, 128 F. Supp. 2d 270, 275-76 (E.D. Pa. 2001); United
States v. Gibbs, 125 F. Supp.2d 700, 703 (E.D. Pa. 2000).

Certified from the record
Date: 6/22/01
Mary E. D'Andrea, Clerk
Per George J. Gardner
Deputy Clerk

This judge finds no reason to disagree with the magistrate judge that <u>Apprendi</u> does not apply retroactively. **IT IS THEREFORE ORDERED THAT:**

1) The court adopts the report and recommendation of Magistrate Judge Blewitt.

2) The petition is dismissed for failure to state a cause of action.

3) This court declines to issue a certificate of probable cause.

4) The clerk of court shall close the file.

SYLVIA H. RAMBO
United States District Judge

Dated: June  *22* , 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 22, 2001

Re:  1:00-cv-01836    Hankerson v. Romine

True and correct copies of the attached were mailed by the clerk
to the following:

      Cleveland Hankerson
      USP-ATLANTA
      83507-020
      Box PMB
      Atlanta, GA  30315

      Dulce Donovan, Esq.
      U.S. Attorney's Office
      228 Walnut Street
      P.O. Box 11754
      Harrisburg, PA  17108

```
cc:
Judge                        ( )              ( ) Pro Se Law Clerk
Magistrate Judge             ( )              ( ) INS
U.S. Marshal                 ( )              ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               ( ) with N/C attached to complt. and served by:
                                 U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5          ( )
Order to Show Cause          ( ) with Petition attached & mailed certified mail
                                 to: US Atty Gen  ( ) PA Atty Gen ( )
                                     DA of County ( ) Respondents ( )

Bankruptcy Court             ( )
Other_____       ( )
```

                                 MARY E. D'ANDREA, Clerk

DATE: _____6/22/01_____          BY: _____
                                          Deputy Clerk