UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF PENNSYLVANIA

CLEVELAND HANKERSON,                          Case #1:CV-00-1836

         Appellant,                          *J. Rambo*

      vs.                                   NOTICE OF APPEAL

                                            (Fed. R. App. P. 4(a))

DONALD ROMINE,

          Appellee. /

PLEASE TAKE NOTICE that notice is hereby given that, Cleveland Hankerson, appellant in pro se in the above named case, hereby appeals to the United States Court of Appeal for the Third Circuit from the Middle District Court's final judgement, decision, and order (attached hereto) entered in this action on or about June 23, 2001.

Dated: 7-1-2001                               RESPECTFULLY SUBMITTED,

                                     (s) *Cleveland Hankerson*

                                      Cleveland Hankerson
                                      Reg. No. 83507-020
                                      U.S.P. Atlanta
                                      601 McDonough Blvd.,S.E.
                                      Atlanta, Georgia  30315

FILED
HARRISBURG, PA

JUL 0 9 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Certified from the record
Date _7/10/01_

Mary E. D'Andrea, Clerk

Per _____
Deputy Clerk

                                    -In Pro Se-