UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 1-2837

Hankerson

vs.

Romine

FILED
HARRISBURG
AUG 0 7 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Cleveland Hankerson #83507-020, Appellant

(Middle District of Pennsylvania Civil No. 00-cv-01836)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

*Marcia M. Waldron*

Clerk

A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron,
Clerk

Date: August 1, 2001

cc:
    Cleveland Hankerson #83507-020
    Dulce Donovan, Esq.

OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

_Middle PA (Harrisburg)_  Clerk of District Court
    (District)

Date____8/1/2001____

_Hankerson v. Romine_
    (Caption)

C. of A. No. _01-2837_

_Cleveland Hankerson_
    (Appellant)

RECEIVED
HARRISBURG, PA

AUG 07 2001

MARY E. D'ANDREA, CLERK
Per _____

_Civil No. 00-cv-01836 (SHR)_
    (D.C. No.)

Enclosures:

____8/1/2001____ Certified copy of C. of A. Order by the Clerk/XXXXX
    (Date)

*___X___  Record **(Rec'd)**

*_____  Supplemental Record

*_____  Exhibits

*_____  State Court Record

___X___  Copy of this form to acknowledge receipt and return to C. of A.

_____  Record not returned at this time until appeal(s) closed at No.(s)_____

_____  Please forward Record to this office.

_____  The certified copy of order issued as the mandate on_____
         is recalled.

_____ (267)-299-_4916_
    Case Manager      Telephone Number

*_____ (267)-299-_____
    Record Processor  Telephone Number

Receipt Acknowledge:

__ack'd__
    (Name)

__8/7/01__
    (Date)

Rev. 3/8/95
Appeals (Record)